UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ILANA DAYAN ZADIK,

          v.

AGORA GALLERY and ARIEL KAHANA,
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**
08 Civ. 3805

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF NEW YORK  )

      THOMAS HUNTER, being duly sworn, deposes and says that he is employed by the law firm of Kaye Scholer LLP, is over the age of eighteen years, and is not a party to this action.

      On April 23, 2008, at 11:25pm, at Agora Gallery, at 530 West 25th Street, New York, NY 10001, deponent served true and correct copies of the Summons in a Civil Action, Civil Cover Sheet, Complaint, Individual Practices of Judge Francis, and Individual Practices of Richard J. Sullivan with ECF Instructions attached thereto, upon ARIEL KAHANA, by personally delivering and leaving the same with Krista "Doe", Receptionist and a person of suitable age and discretion at Mr. Kahana's place of business, Agora Gallery. Ms. "Doe" advised deponent that Mr. Kahana works at and is the sole owner of Agora Gallery.

      Ms. "Doe" is a white female, approximately 25 years of age, approximately 5'3" tall, weighing about 120 pounds, with black hair.

      In addition, on April 23rd, 2008, deponent served true and correct copies of the Summons in a Civil Action, Civil Cover Sheet, Complaint, Individual Practices of Judge Francis, and Individual Practices of Richard J. Sullivan with ECF Instructions attached thereto, upon ARIEL KAHANA, by enclosing the same in a sealed, postpaid envelope

31639675.WPD

bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person served, and by depositing said envelope at the United States Post Office at 909 Third Avenue, New York, New York 10022, addressed to ARIEL KAHANA, at his actual place of business, namely Agora Gallery, 530 West 25th Street, New York, NY 10001, pursuant to CPLR 308(2).

_____
THOMAS HUNTER

Sworn to before me this
30th day of April, 2008

_____
NOTARY PUBLIC

FREDERICKA J. GERMAN
Notary Public, State of New York
No. 03-4806208
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 30, ~~19~~ 2010

31639675.WPD                                2