UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ILANA DAYAN ZADIK

  -against-                                            **AFFIDAVIT OF SERVICE**
                                                                 Case No. 08 CIV 3805

AGORA GALLERY and ARIEL KAHANA

_____

CITY OF ALBANY SS:
STATE OF NEW YORK

William M. Irish, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Cover Sheet, Complaint with Exhibits (Jury Trial Demanded), Individual Practices of Judge Francis, Individual Practices of Richard J. Sullivan and Instructions and Guidelines for Filing Electronic Case or Appeal, under Section 306 of the Business Corporation Law. The corporation which was served was: **AGORA GALLERY INC.**
That on the 24th day of April, 2008 at approx. 10:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 100 lbs., brown hair, wears glasses

                                                                  _____
                                                                       William M. Irish

Sworn to before me
this 24th day of April 2008.

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #:  200804240059                                    Cash #:  200804240058
Date of Service:  04/24/2008                                Fee Paid:  $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  AGORA GALLERY INC.


Plaintiff/Petitioner:
        ZADIK, ILANA DAYAN


Service of Process Address:
COHEN & TAUBER LLP
1350 AVENUE OF THE AMERICAS
26TH FLOOR
NEW YORK, NY 10019

                                                    Secretary of State
                                                       By  CAROL VOGT