LAW OFFICES OF YITZCHAK E. COHEN
The Graybar Building
420 Lexington Avenue
Suite 2400
New York, New York 10170
(212) 280-7200

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ILANA DAYAN ZADIK,

                Plaintiff,

- a g a i n s t -

AGORA GALLERY and
ARIEL KAHANA,

                Defendants.

Case No..:  08 CIV 3805
        (RJS)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears for Defendants AGORA GALLERY and ARIEL KAHANA in this proceeding and requests that all notices given or required in this case, and all documents, and all other pleadings served in this case, be given to and served upon:

        LAW OFFICES OF YITZCHAK E. COHEN
        Attorney for the Defendants
        The Graybar Building
        420 Lexington Avenue
        Suite 2400
        New York, New York 10170
        (212) 280-7200
        Fax: (212) 280-4143
        Email:  YCohen@ZLitigator.com

Dated:   New York, New York
          May 8, 2008

                                            LAW OFFICES OF YITZCHAK E. COHEN
                                            *Attorney for the Defendants*

                                            _____/s/_____
                                                By:  Yitzchak E. Cohen
                                            The Graybar Building
                                            420 Lexington Avenue
                                            Suite 2400
                                            New York, New York 10170
                                            (212) 280-7200