IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| ILANA DAYAN ZADIK<br>Ruth 25, Haifa,<br>Israel, 34404,<br><br>       *Plaintiff,*<br><br>    v.<br><br>AGORA GALLERY<br>530 West 25th Street, New York, NY 10001<br><br>and<br><br>ARIEL KAHANA<br>733 Amsterdam Avenue, New York, NY 10025<br><br>       *Defendant(s).* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br><br><br>No. 08-cv-3805 (RJS) |

------------------------------------x

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

**PLEASE TAKE NOTICE** that Defendants Agora Gallery and Ariel Kahana have not filed an answer or a motion for summary judgment in the above-captioned proceeding.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Ilana Dayan Zadik hereby dismisses the above-captioned proceeding against Defendants without prejudice.

Dated: May 8, 2008

31644254.WPD

Respectfully submitted,

Kaye Scholer LLP

By: _____

Regina O. Kent, Esq.
Arlene Harris, Esq.
425 Park Avenue
New York, NY 10022
(212) 836 - 7198

*Attorneys for Plaintiff, Ilana Dayan Zadik*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | |
|---|---|
| ILANA DAYAN ZADIK<br>Ruth 25, Haifa,<br>Israel, 34404,<br><br>                    *Plaintiff,*<br><br>      v.<br><br>AGORA GALLERY<br>530 West 25th Street, New York, NY 10001<br><br>and<br><br>ARIEL KAHANA<br>733 Amsterdam Avenue, New York, NY 10025<br><br>                    *Defendant(s).* | Civil Action<br><br>No. 08-cv-3805 (RJS)<br><br>**AFFIRMATION OF SERVICE** |

------------------------------------------------x

Regina O. Kent, an attorney associated with the law firm of Kaye Scholer LLP, does hereby affirm and certify that on May 8, 2008, a true and correct copy of the NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) was served by overnight delivery upon:

        AGORA GALLERY
        530 West 25th Street
        New York, NY 10001

        ARIEL KAHANA
        733 Amsterdam Avenue
        New York, NY 10025

                                                  */s/ Regina O. Kent*
                                                  REGINA O. KENT, ESQ.

31644377.WPD