IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | |
|---|---|
| ILANA DAYAN ZADIK<br>Ruth 25, Haifa,<br>Israel, 34404,<br><br>       *Plaintiff,*<br><br>    v.<br><br>AGORA GALLERY<br>530 West 25th Street, New York, NY 10001<br><br>and<br><br>ARIEL KAHANA<br>733 Amsterdam Avenue, New York, NY 10025<br><br>       *Defendant(s).* | Civil Action<br><br>No. 08-cv-3805 (RJS)<br><br>**AFFIRMATION OF SERVICE** |

------------------------------------------------x

  Regina O. Kent, an attorney associated with the law firm of Kaye Scholer LLP, does hereby affirm and certify that on May 8, 2008, a true and correct copy of the NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) was served by overnight delivery upon:

    YITZCHAK E. COHEN
    Law Offices of Yitzchak E. Cohen
    420 Lexington Avenue, Suite 2400
    New York, New York 10170

    ARIEL KAHANA
    c/o Agora Gallery
    530 West 25th Street
    New York, NY 10001

                   _____
                   REGINA O. KENT, ESQ.

31644564.WPD