
```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | |
|---|---|
| ILANA DAYAN ZADIK<br>Ruth 25, Haifa,<br>Israel, 34404, | : Civil Action<br>:<br>: |
| *Plaintiff,* | : No. 08-cv-3805 (RJS) |
| v. | : |
| AGORA GALLERY<br>530 West 25th Street, New York, NY 10001 | : |
| and | : |
| ARIEL KAHANA<br>733 Amsterdam Avenue, New York, NY 10025 | : |
| *Defendant(s).* | : |

------------------------------------------------x

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO
### FED. R. CIV. P. 41(a)(1)

**PLEASE TAKE NOTICE** that Defendants Agora Gallery and Ariel Kahana have not filed an answer or a motion for summary judgment in the above-captioned proceeding.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Ilana Dayan Zadik hereby dismisses the above-captioned proceeding against Defendants without prejudice.

Dated: May 8, 2008

31644254.WPD

Respectfully submitted,

Kaye Scholer LLP

By: _____

Regina O. Kent, Esq.
Arlene Harris, Esq.
425 Park Avenue
New York, NY 10022
(212) 836 - 7198

*Attorneys for Plaintiff, Ilana Dayan Zadik*

SO ORDERED:

_____
U.S.D.J.