UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                    Plaintiff,

      -against-                                 ____CIVIL_____( )

                    Defendant.
-------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   **Law Offices of Yitzchak E. Cohen**

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **YC 1404**

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To:   _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☒   *Address:*   **The Graybar Building - 420 Lexington Avenue Suite 2400 - New York, New York 10170**

☒   *Telephone Number:*   **(212) 280-7200**

☒   *Fax Number:*   **(212) 280-4143**

☒   *E-Mail Address:*   __YCohen@Zlitigator.com

Dated:   **May 19, 2008**   _____